_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# JS-6

**CIVIL MINUTES – GENERAL**

Case No. 8:24-cv-01415-FWS-JPR                              Date: August 4, 2025
Title: Jorge Flores v. Joshua Polito

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

Not Present                                         Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF
SETTLEMENT [35]**

The court has received Plaintiff's Response to the court's Order to Show Cause re
Dismissal for Lack of Prosecution.  (Dkt. 34 ("OSC"); Dkt. 35 ("Response").)  In the Response,
Plaintiff states:

> The parties . . . reached a structured settlement, which they expect to be
> formally effectuated no later than August 8, 2025, contingent upon the
> Court keeping the case open or otherwise permitting the case to be re-
> opened until the structured settlement is consummated. The parties
> expect the structured settlement to be consummated by October 31,
> 2025, at which time Plaintiff will file a dismissal of the entire action
> with prejudice.
>
> Wherefore, Plaintiff submits good cause to permit Plaintiff to continue
> to prosecute his case, which will almost certainly be voluntarily
> dismissed with prejudice after the parties' structured settlement is fully
> consummated on or before October 31, 2025

(Response at 2.)  Based on the record in this case, including the OSC and Response, as applied
to the applicable law, the court hereby orders this action **DISMISSED WITHOUT
PREJUDICE**.  All proceedings in the case are **VACATED** and taken off calendar.  The court
retains jurisdiction until **November 5, 2025** to vacate this order and to reopen the action upon a

_____

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:24-cv-01415-FWS-JPR                    Date: August 4, 2025
Title: Jorge Flores v. Joshua Polito

showing of good cause that the settlement has not been completed.  Failure to seek relief on or before the deadline set by the court will result in the court denying the relief requested.